389 A.2d 197

Commonwealth v. McCormick, Appellant.

Submitted November 23, 1977. James M. Keller, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 197

Commonwealth v. McKeithan, Appellant.

Submitted December 6, 1977. Richard E. Johnson, and Johnson and Harmon, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.